Plaintiff: Shani R. Davis
1900 Basswood Lane
Glendale Hts, IL
60139

10/22/2008

The Complaint

Paula Williams died at the age of 64, Social Security number 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, date of Birth 12/20/1940, address: 1900 Basswood Lane, Glendale Heights, IL 60139.

Paula Williams was infected with Hepatitis C in 1991 at Central DuPage Hospital in Winfield, IL. She went in for Hip Surgery and came out 15 yrs later with a final Diagnosis in 2005 with Hepatitis C; Therefore leading to Terminal Illness the Later Part of 2006, to Early 2008 with the Hope of A "miracle pill called "Tarceva" Later proposed deceased October 23, 2006.

I Shani R. Davis the Plaintiff is suing for Negligence on the Part of the Blood suppliers (Product Liability) and the Negligence on the Part of Central DuPage Hospital on the Submission and improper Quality inspection of the Batch and Control of that isolated incidence; the Malpractice of the physicians knowing that she (Paula Williams) had a deadly viral Blood Disease that eventually lead to Terminal Illness.

Shani R. Davis
1900 Basswood Lane
Glendale Hts, IL
(773) 501-2238